IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IRENE HAMBURGER and
HOWARD HAMBURGER,

        Plaintiffs,

v.                           3:13-CV-01155
                              (JUDGE MARIANI)

NORTHLAND GROUP, INC.,

        Defendant.

## ORDER

AND NOW, THIS _12th_ DAY OF FEBRUARY, 2015, upon consideration of Defendant's Motion for Summary Judgment, **IT IS HEREBY ORDERED THAT**:

1. Defendant's Motion (Doc. 35) is **GRANTED IN PART AND DENIED IN PART**.

2. Summary Judgment is **GRANTED** with respect to Counts I and II.

3. Summary Judgment is **DENIED** with respect to Counts III, IV, and V.

4. A telephone scheduling conference **SHALL BE CONDUCTED** on **Friday, February 20, 2015 at 10:45 a.m.** for purposes of scheduling this matter for trial. Counsel for the Plaintiff is responsible for arranging the call to Chambers at (570) 207-5750 and all participants should be prepared to proceed before the undersigned is contacted.

_____
Robert D. Mariani
United States District Judge