THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IRENE HAMBURGER and  
HOWARD HAMBURGER,

    Plaintiffs,

v.                              3:13-CV-01155  
                                  (JUDGE MARIANI)

NORTHLAND GROUP, INC.,

    Defendant.

## ORDER

**AND NOW, THIS 18TH DAY OF MAY, 2015**, upon consideration of the parties' Proposed Voir Dire Questions (Docs. 64; 66), **IT IS HEREBY ORDERED THAT** after the Court concludes its voir dire questioning, the parties may ask the following questions and any necessary follow up questions, to the extent they are not already covered by the Court's voir dire.

1. Plaintiffs

    a. Plaintiffs may ask Proposed Voir Dire Questions 1-10 and 12 in the form represented in CM/ECF docket entry 64.

    b. Plaintiffs may ask Proposed Voir Dire Question 11only in the following modified form (modification in bold):

        i. "If you determine that Defendant has violated the law, would you, for any reason, be unable to **deliver a verdict in favor of the Plaintiffs**

>   **and against the Defendant** to discourage it from violating the law in the future?"

2. Defendant

    a. Defendant may ask Proposed Voir Dire questions 1-10 in the form represented in CM/ECF docket entry 66.

_____
Robert D. Mariani
United States District Judge