IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IRENE HAMBURGER and
HOWARD HAMBURGER,                    :
                                     :
                                     :
            Plaintiffs,              :
                                     :
      v.                             :    3:13-CV-01155
                                     :    (JUDGE MARIANI)
NORTHLAND GROUP, INC.,               :
                                     :
            Defendant.               :

## ORDER

AND NOW, THIS _____ DAY OF FEBRUARY, 2016, upon consideration of

Defendant's Motion for Attorneys' Fees and Costs (Doc. 86), **IT IS HEREBY ORDERED**

**THAT** such Motion is **DENIED**.


_____
Robert D. Mariani
United States District Judge